AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| | | |
|---|---|---|
| Elwood H. Jones, Jr. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:26-cv-730 |
| The City of Blue Ash, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Elwood H. Jones, Jr. .

Date:     07/31/2026

s/ David F. Hine
*Attorney's signature*

David F. Hine (0085568)
*Printed name and bar number*
Vorys, Sater, Seymour and Pease LLP
301 East Fourth Street, Suite 3500
Great American Tower
Cincinnati, Ohio  45202

*Address*

dfhine@vorys.com
*E-mail address*

(513) 723-4078
*Telephone number*

(513) 723-4078
*FAX number*